UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>　　　　　　　　Debtor, | NO:  CV-12-626-RMP<br><br>Bankr. Case No. 09-06194-PCW11 |
| BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>PHILIP BELLEVILLE and LAUREL BELLEVILLE,<br><br>　　　　　　　　Defendants. | Adv. Proc. No. 11-80104-PCW11<br><br>STIPULATED JUDGMENT |

**JUDGMENT SUMMARY**

1.  Judgment Creditor:　　　　Bruce P. Kriegman, Liquidating Trustee for LLS America, LLC, as consolidated

STIPULATED JUDGMENT ~ 1

| | | |
|---|---|---|
| 2. | Attorneys for Judgment Creditor: | Witherspoon Kelley |
| 3. | Judgment Debtors: | Philip and Laurelle Belleville |
| 4. | Attorneys for Judgment Debtors: | Foster Pepper, PLLC |
| 5. | Judgment Amount (Principal): | $820,223.90 |
| 6. | Interest Rate on Judgment: | .10%  (28 U.S.C. § 1961) |

## **JUDGMENT**

Based upon the above Stipulation of the parties, **IT IS HEREBY ORDERED** that Plaintiff Bruce P. Kriegman, solely in his capacity as the Trustee under the Liquidating Trust established pursuant to the confirmed Chapter 11 Plan of LLS America, LLC, is awarded judgment against Defendants Philip and Laurelle Belleville, jointly and severally, in the principal sum of $820,233.90. Interest shall accrue on this judgment at the rate of .10% per annum to be compounded annually pursuant to 28 U.S.C. § 1961.

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATED JUDGMENT ~ 2

It is further ordered that this Judgment is non-appealable pursuant to the parties' stipulation, the Judgment shall be fully enforceable, and Defendants waive all rights to contest the Judgment on any basis.

**IT IS SO ORDERED**.

The District Court Clerk is hereby directed to enter this Judgment and to provide copies to counsel.

**DATED** this 16th day of June 2014.

      *s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

STIPULATED JUDGMENT ~ 3