UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>　　　　　　　　　　Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>PHILIP BELLEVILLE and LAUREL BELLEVILLE,<br><br>　　　　　　　　　　Defendants. | NO:  CV-12-626-RMP<br><br>Bankr. Case No. 09-06194-PCW11<br><br>Adv. Proc. No. 11-80104-PCW11<br><br>ORDER TRANSFERRING DEFENDANTS AND CLOSING CASE |

At a pretrial conference held on May 12, 2014, the parties indicated that settlement agreements were pending as to all remaining defendants.  Plaintiff requested the Court to reassign Defendants to the case number reserved for defendants with pending settlements.  The Court orally granted the motion.

ORDER TRANSFERRING DEFENDANTS AND CLOSING CASE ~ 1

1  Accordingly, **IT IS HEREBY ORDERED** that Defendants Breck
2  Foerstner, William Janvary, and Claire Janvary are transferred to case number
3  **2:14-CV-11-RMP**.
4  The District Court Executive is hereby directed to enter this Order, provide
5  copies to counsel, and **close** this case.
6  **DATED** this 16th day of June 2014.

7
8              *s/ Rosanna Malouf Peterson*
              ROSANNA MALOUF PETERSON
9             Chief United States District Court Judge

10
11
12
13
14
15
16
17
18
19
20

ORDER TRANSFERRING DEFENDANTS AND CLOSING CASE ~ 2