UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>　　　　　　　　Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>PHILIP BELLEVILLE, et al,<br><br>　　　　　　　　Defendants. | NO:  12-CV-626-RMP<br><br>Bankr. Case No. 09-06194-PCW11<br><br>Adv. Proc. No. 11-80104-PCW11<br><br>ORDER GRANTING STIPULATED MOTION FOR ENTRY OF JUDGMENT AGAINST DEFENDANT ALBRECHT (BRECK) J. FOERSTNER |

**BEFORE THE COURT** is the parties' Stipulated Motion for Entry of

Judgment under Rule 54(b) Against Defendant Albrecht (Breck) J. Foerstner.  ECF

ORDER GRANTING STIPULATED MOTION FOR ENTRY OF JUDGMENT
AGAINST DEFENDANT ALBRECHT (BRECK) J. FOERSTNER ~ 1

No. 64, docketed in case number 12-CV-626-RMP.[1]  Having reviewed the motion and relevant filings, the Court finds good cause to grant the motion.

Accordingly, **IT IS HEREBY ORDERED** that the parties' Stipulated Motion for Entry of Judgment, **ECF No. 64**, is **GRANTED**.  Judgment shall be entered against Defendant Albrecht Foerstner.

The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 10th day of July 2014.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

---

[1] The Court transferred Defendant Foerstner to cause number CV-14-11 before Plaintiff filed the Stipulated Motion for Entry of Judgment in Defendant Foerstner's earlier cause number, CV-12-626.  *See* CV-12-626, ECF Nos. 63, 64.

ORDER GRANTING STIPULATED MOTION FOR ENTRY OF JUDGMENT AGAINST DEFENDANT ALBRECHT (BRECK) J. FOERSTNER ~ 2