UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>    Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>PHILIP BELLEVILLE and LAUREL BELLEVILLE,<br><br>    Defendants. | NO: CV-12-626-RMP<br>     CV-14-11-RMP<br><br>Bankr. Case No. 09-06194-PCW11<br><br>Adv. Proc. No. 11-80104-PCW11<br><br>STIPULATED JUDGMENT |

**JUDGMENT SUMMARY**

1. Judgment Creditor:         Bruce P. Kriegman, Liquidating Trustee for
                              LLS America, LLC, as consolidated

STIPULATED JUDGMENT ~ 1

| | | |
|---|---|---|
| 2. | Attorneys for Judgment Creditor: | Witherspoon Kelley |
| 3. | Judgment Debtor: | Albrecht (Breck) J. Foerstner[1] |
| 4. | Attorneys for Judgment Debtor: | Foster Pepper, PLLC |
| 5. | Judgment Amount (Principal): | $274,300.00 CAD |
| 6. | Interest Rate on Judgment: | .10%  (28 U.S.C. § 1961) |

## JUDGMENT

Based upon the above Stipulation of the parties, **IT IS HEREBY ORDERED** that Plaintiff Bruce P. Kriegman, solely in his capacity as the Trustee under the Liquidating Trust established pursuant to the confirmed Chapter 11 Plan of LLS America, LLC, is awarded judgment against Defendant Albrecht (Breck) J. Foerstner in the principal sum of $274,300.00 CAD.  Interest shall accrue on this judgment at the rate of .10% per annum to be compounded annually pursuant to 28 U.S.C. § 1961.

/ / /

/ / /

/ / /

---

[1] The Court transferred Defendant Foerstner to cause number CV-14-11 before Plaintiff filed the Stipulated Motion for Entry of Judgment in Defendant Foerstner's earlier cause number, CV-12-626.  *See* CV-12-626, ECF Nos. 63, 64.  For clarity, the Court enters this Judgment in both cause numbers.

STIPULATED JUDGMENT ~ 2

It is further ordered that this Judgment is non-appealable pursuant to the parties' stipulation, the Judgment shall be fully enforceable, and Defendant waives all rights to contest the Judgment on any basis.

**IT IS SO ORDERED**.

The District Court Executive is hereby directed to enter this Judgment and to provide copies to counsel.

**DATED** this 10th day of July 2014.

      *s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

STIPULATED JUDGMENT ~ 3